IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERTO BARRON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-3784-O |
| | § | |
| BANK OF AMERICA, N.A., et al., | § | |
| | § | |
| Defendants, | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 28). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Defendant Bank of America's Motion to Dismiss (ECF No. 5) is **GRANTED** and Plaintiff's claims are **DISMISSED** without prejudice.

**SO ORDERED** on this **13th day** of **March, 2013.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE